THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, *v.* BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, *v.* NINTH AVENUE RAILROAD COMPANY, Appellant.

*Mayor, etc., of N. Y. v. Broadway & Seventh Ave. R. R. Co.*, 154 App. Div. 936, affirmed.

*Mayor, etc., of N. Y. v. Ninth Ave. R. R. Co.*, 154 App. Div. 936, affirmed.

(Argued October 14, 1914; decided November 10, 1914.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1913, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover the cost of pavement laid by the city of New York between and for two feet outside of the tracks of the defendant.

*Arthur H. Masten* and *Ellis W. Leavenworth* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.